IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTOINETTE SUCHENKO,

    Plaintiff,

v.

ECCO USA, INC., et. al.

    Defendant.

18cv0562
**Lead Case**

---

ANTOINETTE SUCHENKO and
LISA GATHERS, et. al.

    Plaintiffs,

v.

PURPLE INNOVATION, LLC. doing business as PURPLE

    Defendant.

18cv0962
**Consolidated Case**

---

### ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 18-962 is hereby consolidated with Civil Action No. 18-562, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 18-562.

3. The Clerk of Court shall close Civil Action No. 18-962.

IT IS FURTHER ORDERED that Defendant PURPLE shall file an answer on or before **August 13, 2018**.

Counsel for Plaintiff is hereby directed to immediately serve the Order Setting Initial Case Management Conference (Doc. No. 5 at Civil Action 18-562) upon Defendant or Counsel for Defendant.

**SO ORDERED** this 31st day of July, 2018.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge